IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE JUAN RAMIREZ,

    Petitioner,               No. CIV S-06-1312 LKK GGH P

   vs.

DAVE RUNNELS, Warden, et al.,

    Respondents.         ORDER

_____/

        It has come to the court's attention that petitioner, a state prisoner, who filed an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254, on June 13, 2006,[1] did so through counsel. Therefore, the court will vacate the <u>Order</u>, filed on July 7, 2006, appointing the Federal Defender as counsel for petitioner.

        Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's application.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. The <u>Order</u>, filed on July 7, 2006, appointing the Federal Defender as counsel

---

[1] The filing fee was paid on June 14, 2006.

1

1  for petitioner is hereby VACATED.

2        2. Respondents are directed to file a response to petitioner's application within
3  thirty days from the date of this order. <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases. An answer
4  shall be accompanied by any and all transcripts or other documents relevant to the determination
5  of the issues presented in the application. <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases;

6        3. Petitioner's reply, if any, shall be filed and served within thirty days of service
7  of an answer;

8        4. If the response to petitioner's application is a motion, petitioner's opposition or
9  statement of non-opposition shall be filed and served within thirty days of service of the motion,
10 and respondents' reply, if any, shall be filed within fifteen days thereafter; and

11       5. The Clerk of the Court shall serve a copy of this order together with a copy of
12 petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Jo Graves,
13 Senior Assistant Attorney General.

14 DATED: 7/25/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

17 GGH:009
rami1312.100