UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CIV S-06-1312-GW | Date | February 22, 2010 |
|---|---|---|---|
| Title | *Jose Juan Ramirez v. Warden Dave Runnels* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Andrea Keifer | Wil Wilcox | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | Wanda H. Rouzan, CAAG (via telephone) |

**PROCEEDINGS:** STATUS CONFERENCE

Hearing is held. Counsel for plaintiff is not present. Court confers with Ms. Rouzan, who informs the Court that the petitioner has not obtained counsel but wishes to proceed in pro per.

The Court orders the petitioner to respond to the answer by April 8, 2010. A separate order will issue.

IT IS SO ORDERED.

| | : | 04 |
|---|---|---|
| | Initials of Preparer | AK |